WILLIAM A. C. MATTHIE, Appellant, *v.* CHARLES R. ARENTS, as General Manager and Attorney in Fact for JOHN GIBB et al., Underwriters of the TRADESMEN'S FIRE LLOYDS OF THE CITY OF NEW YORK, Respondent.

*Matthie v. Arents,* 68 App. Div. 645, affirmed.
(Argued March 27, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 4, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*William B. Ellison* and *Duncan A. MacIntyre* for appellant.

*Frederic R. Coudert, Jr.,* and *John P. Murray* for respondent.

*Per Curiam.* The material facts in this case are similar to those in that of the same plaintiff against the Globe Fire Insurance Company, and, for the reasons stated in the opinion therein, the judgment herein appealed from is affirmed, with costs.

PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and VANN, JJ., concur; MARTIN, J., not voting.

Judgment affirmed.